320

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tennyson HARRIS, a/k/a Teddy, a/k/a Mark T, Defendant—Appellant.**

No. 06–5091.

United States Court of Appeals, Fourth Circuit.

Submitted: May 4, 2007.

Decided: May 18, 2007.

Timothy S. Mitchell, Law Offices of Timothy S. Mitchell, Greenbelt, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Steven M. Dunne, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tennyson Harris seeks to appeal his sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered judgment on August 15, 2006. The notice of appeal was filed on October 16, 2006. Because Harris failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*